UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
NOV 05 2013
US District Court
Western District of NC

Stephen K. McIlwaine
_____
Plantiff,

vs.

Triangle Rental Car Co. Manager
C.M.P.D. Officer: Scott Costa
C.M.P.D. Officer: Burnett Quiles
Ms. Vickey A. Ingram McIlwaine
_____
Defendant(s).

COMPLAINT

Case No. 3:13 cv 607

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

__L__ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

_____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Mr. Stephen K. McIlwaine
   Address: 6152 Corktree Court
   Charlotte, N.C.
   28212

2. Name of Defendant: Manager of Triangle Rental Car Co.
   Address: 5925 N. Tryon St.
   Charlotte, N.C.
   28213

   Is employed as __Manager__ at _____
   (Position/Title)        (Organization)

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

Stephen K. McIlwaine
Plantiff

vs.

Mr. Anthony Wilson
Defendant

Complaint

Case No.

### A. Jurisdiction

Jurisdiction is proper in this court according to:

- ✓ 42 U.S.C. § 1983
- ___ 42 U.S.C. §

### B. Parties

1. Name of Plaintiff: Mr. Stephen K. McIlwaine
Address: 6152 Corktree Court, Charlotte, N.C. 28212

5. Name of Defendant: Mr. Anthony Wilson, 100 Barrister Place, Charlotte, N.C.
Address: N/A - Atty: J. Elliott Field / 216 N. McDowell St. 28204

Is employed as __N/A__ at __N/A__
                Position/title    Organization

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___ , if "YES" briefly explain:

page 1

After South Carolina Director: Ms. Paula Harper Bethea and Gov. Aid Kevin Gedding presented a tort claim in reference to a winning Power Ball Lottery to Mr. Anthony Wilson my business partner he then forged a South Carolina, Fort Mill address.

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

Stephen K. McIlwaine

vs.

Ms. Paula Harper Bethea

**COMPLAINT**

Case No. _____

## A. JURISDICTION

Jurisdiction is proper in this court according to:

- ✓ 42 U.S.C. § 1983
- ___ 42 U.S.C. § 1985

## B. Parties

1. Name of Plaintiff: Mr. Stephen McIlwaine

   Address: 6152 Corktree Ct. Char, N.C. 28212

6. Name of Defendant: Ms. Paula Harper Bethea

   Address: 1309 Assembly St. Columbus, S.C. 29211

   Is employed as Director (Position/title) at South Carolina Educational Lottery Game Organization

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  No ___ , if "YES" briefly explain

page 1

While Director: Ms. Paula Harper Bethea was acting over the South Carolina Educational Lottery Game she claim that all citizen must be a residence of South Carolina. When there is no law that restrict a citizen of the UNITED STATES from playing the State Lottery if their over 18 years old. This statement by Ms. Paula Harper Bethea was made to Mr. Anthony Wilson who was a winner of a South Carolina Power Ball Lottery ticket who is a business

page 1

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

Stephen K. McIlwaine

**COMPLAINT**

Vs.

Case No.

Mr. Kevin Gedding

## A. JURISDICTION

Jurisdiction is proper in this court according to:

- ✓ 42 U.S.C. § 1983
- ___ 42 U.S.C. § 1985

## B. PARTIES

1. Name of Plaintiff: Mr. Stephen K. McIlwaine
   address: 6152 Corktree Ct. Char, N.C. 28212

2. Name of Defendant: Mr. Kevin Gedding
   Address: 1309 Assembly St. Columbus S.C. 29211

   Is employed as Gov. Aid (position/Title) at South Carolina Educational Lottery Game (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ No ___, if "YES" briefly explain

Page 1

While Mr. Kevin Gedding was acting on the Lottery Committee he claim that all citizen must be a residence of South Carolina. When there is No Law that restrict a citizen of the UNITED STATES from playing the State Lottery if their over 18 years old. This statement by Kevin Gedding was made to Mr. Anthony Wilson who was a winner of a South Carolina Power Ball Lottery ticket who is a business partner.

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

Stephen K. McIlwaine

Vs.                                             Complaint

Ms. Vickey A. Ingram McIlwaine          Case No.

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. § 1983

✓ 42 U.S.C. § 1985

## B. Parties

1. Name of Plaintiff: Mr. Stephen K. McIlwaine
   address: 6152 Corktree Ct. Charlotte, N.C. 28212

4. Name of Defendant: Ms. Vickey A. Ingram McIlwaine
   address: 5900 Amberly Ln. Charlotte, N.C. 28213

Is employed as __Bus Driver__ at __Cats Transit__
              Position/title         Organization

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ No ___, If YES briefly explain: Owner of Home that was burn down with my safe inside that contain $60.00 worthless South Carolina Lottery tickets that was purchase with the winning Lottery ticket by: Mr. Anthony W...

Case 3:13-cv-00607-DCM Document 1 Filed 11/05/13 Page 8 of 12.

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
On 10-28-2001 this employee allowed C.M.P.D. to search the locked gate of the company car lot without ask Officer: Scott Costa and Officer: Burnett Quiles for a search WARRANT

3. Name of Defendant: Mr. Scott Costa
   Address: 601 E. Trade St.
   Charlotte N.C.
   28202

   Is employed as Police Officer (Position/Title) at Charlotte Mecklenburg Police Dept. (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
   Officer Scott Costa did search me and took $800.00 from my possession and gave only $50.00 back, also claim I threw something over Triangle Rental Car Company Lock gate.

4. Name of Defendant: Mr. Burnett Quiles
   Address: 601 E. Trade St.
   Charlotte, N.C.
   28202

   Is employed as Police Officer (Position/Title) at Charlotte Mecklenburg Police Dept. (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓  NO ___, if "YES" briefly explain:
   Officer: Burnett Quiles did search and unauthorize area by it being a lock gate without a search warrant, when Officer Quiles order the employee to unlock the gate and found cocaine.

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

No settlement could be reach after being represent by: Atty: J. ELLIOT FIELD and Illegal SEARCH and SEIZURE was rule in my favor by Ass. D.A. Andrew Bernardin on 8-11-2003.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Illegal Search and Seizure
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Officer: Scott Costa took money from me of 10-28-2001.

b. (1) Count 2: Forgery and Mail Fraud
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Anthony Wilson use a wrong address to receive and unknown amount of money and South Carolina gave wrong information to help him receive the money

## E. INJURY

How have you been injured by the actions of the defendant(s)?

These action result in me being place under Mental Health and declared as Disable.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?    YES _____    NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): _____N/A_____

Defendants(s): _____N/A_____

2. Name of court and case or docket number:

_____N/A_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____N/A_____

4. Issued raised:

_____N/A_____

5. When did you file the lawsuit? ___N/A___
   Date: Month/Year

6. When was it (will it be) decided? ___N/A___

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?   YES ✓   NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

Atty. J. Elliott Field didn't receive a offer and didn't want to file civil suit.

in U.S. District Court.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

$88M. or my 60% of $48.8M. from the S.C. Lottery winnings.

JURY TRIAL REQUESTED     YES _____    NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at _____ on  11-5-2013 _____.
　　　　　　　　(Location)　　　　　　　　　　　(Date)

_Mr. Stephen K. McIlwaine_
Signature