IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-607-GCM

| | |
|---|---|
| STEPHEN K. McILWAINE, )<br>Plaintiff, )<br>v. )<br>)<br>SOUTH CAROLINA LOTTERY )<br>GAMES, *et al*, )<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **M. Elizabeth Crum,** filed January 7, 2014 [doc.# 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Crum is admitted to appear before this court *pro hac vice* on behalf of defendant, Paula Harper Bethea.

**IT IS SO ORDERED.**

Signed: January 10, 2014

Graham C. Mullen
United States District Judge