IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV607

| | |
|---|---|
| STEPHEN K. McILWAINE, | )
| | )
| Plaintiff, | )
| | )
| vs. | ) ORDER
| | )
| VICKEY A. INGRAM McILWAINE, et al., | )
| | )
| Defendants. | )

This matter is before the court upon the Motions to Dismiss of Defendant "Manager of Triangle Rental Car Co." (Doc. No. 24) and Defendants South Carolina Lottery Commission and Paula Harper Bethea (Doc. No. 15) pursuant to Rules 12 (b)(2), 12(b)(3), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. A Roseboro notice was sent to *pro se* Plaintiff Stephen K. McIlwaine on March 19, 2014 directing him to respond to these motions by April 7. The notice was sent to the Plaintiff by certified mail and the return receipt was received showing a date of service of March 28. Plaintiff has not filed either a response or a request for extension of time to file a response. Accordingly, for the reasons stated in Defendants' motions to dismiss,

IT IS THEREFORE ORDERED that the Motions to Dismiss of Defendant "Manager of Triangle Rental Car Co." (Doc. No. 24) and Defendants South Carolina Lottery Commission and Paula Harper Bethea (Doc. No. 15) are hereby GRANTED.

Signed: April 29, 2014

Graham C. Mullen
United States District Judge