IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV607

| | |
|---|---|
| STEPHEN K. McILWAINE, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> VICKEY A. INGRAM McILWAINE, ) </br> et al., ) </br> ) </br> Defendants. ) </br> _____ ) | ORDER |

This matter is before the court upon its own motion. On February 11, 2015, the Court entered a show cause order in this matter directing the *pro se* Plaintiff to show cause within 14 days why this action should not be dismissed for lack of prosecution, and for failure to serve Defendants McIlwaine and Wilson within the time period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. The Plaintiff failed to respond. Accordingly,

IT IS THEREFORE ORDERED THAT this case is dismissed without prejudice as to Defendants McIlwaine, Wilson, and Gedding.

Signed: March 16, 2015

Signed: March 16, 2015

Graham C. Mullen
United States District Judge